# United States District Court
# Eastern District of New York

---

## NOTICE OF RELATED CASE

The Civil Cover Sheet filed in civil action

**25-CV-02898-GRB-JMW**

1) indicated that this case is related to the following case(s):

-OR-

**2)** was directly assigned as a Pro Se or Habeas case as related to

**23-CV-00153-GRB-JMW**

&

**25-CV-02814- GRB-JMW**